Same memorandum as in *People v Nimmons* (27 AD3d 1186 [2006]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Hayes, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL D. NIMMONS, Appellant. (Appeal No. 3.) [810 NYS2d 702]— Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered April 12, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Nimmons* (27 AD3d 1186 [2006]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Hayes, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VLADE BELOTLIEFF, Appellant. [810 NYS2d 703]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered May 21, 2004. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Hayes, JJ.